UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOHN WILLIAM CONQUEST | ) | CASE NO: 11-32032 |
| | ) | |
| DEBTOR(s) | ) | Chapter 13 |
| | ) | |
| | ) | |

## MOTION TO AMEND ORDER OF CONFIRMATION

Comes the debtor, JOHN WILLIAM CONQUEST, by counsel, and moves the Court to amend the Order and Confirmation for the above referenced Chapter 13 proceeding as follows:

1. To reduce the plan percentage to 3%;
2. For the plan payments to remain the same at $450.00 per month;
3. That the modification is necessary due to the schedule of allowed claims being filed and some claims coming in slightly larger than originally anticipated;
4. That the debtor's Chapter 13 Plan Payments are not in arrears;
5. That the debtor's Chapter 13 Plan will payout as amended.

Respectfully submitted,

/s/ Kimberly L. Staples
KIMBERLY L. STAPLES
MUSSELWHITE, MEINHART & STAPLES
385 W. Lincoln Trail Blvd.
Radcliff, Kentucky 40160
(270) 351-6032

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of October, 2011, a true and correct copy of the foregoing was mailed or sent by electronic filing to the Hon. William W. Lawrence, 310 Republic Plaza, 200 South Seventh Street, Louisville, KY 40202 and all creditors associated with the above referenced Chapter 13 Bankruptcy:

| Creditor | ID | Notes |
|---|---|---|
| **Chase- Tjx**<br>Po Box 15298<br>Wilmington, DE 19850 | (4617365)<br>(cr) | |
| **Cindy Conquest**<br>1459 Crestview Drive<br>Radcliff, KY 40160 | (4617366)<br>(cr) | |
| **Citimortgage Inc**<br>Po Box 9438<br>Gaithersburg, MD 20898 | (4617367)<br>(cr) | |
| **Credit First**<br>Po Box 818011<br>Cleveland, OH 44181 | (4617368)<br>(cr) | |
| **Credit First National Association**<br>Po Box 818011<br>Cleveland, OH 44181 | (4642755)<br>(cr) | Creditor committee   *Entity* |
| **Credit Protection Associates, LP**<br>13356 Noel Road<br>Dallas, TX 75240 | (4738677)<br>(cr) | |
| **Fort Knox Cu**<br>PO Box 900<br>Radcliff, KY 40159-0900 | (4617369)<br>(cr) | |
| **Fort Knox Fcu**<br>PO Box 900<br>Radcliff, KY 40159-0900 | (4617370)<br>(cr) | |
| **Ft. Knox Federal Credit Union**<br>PO Box 900<br>Radcliff, KY 40159-0900 | (4617371)<br>(cr) | |
| **Gecccc**<br>332 Minnesota St Ste 610<br>Saint Paul, MN 55101 | (4617372)<br>(cr) | |
| **Green Tree Servicing LLC**<br>P.O. Box 6154<br>Rapid City, SD 57709-6154<br>Telephone number 888-298-7785 | (4623064)<br>(cr) | |

| | |
|---|---|
| **Green Tree Servicing LLC**<br>PO Box 0049<br>Palatine IL 60055-0049 | (4623065)<br>(cr) |
| **Homeprjvisa**<br>Po Box 94498<br>Las Vegas, NV 89193 | (4617373)<br>(cr) |
| **Knights Dental**<br>555 W. Lincoln Trail Blvd.<br>Radcliff, KY 40160 | (4738676)<br>(cr) |
| **Sears/cbsd**<br>701 East 60th St N<br>Sioux Falls, SD 57117 | (4617374)<br>(cr) |
| **United Consumer Financial Services**<br>865 Bassett Rd<br>Westlake, OH 44145 | (4617375)<br>(cr) |
| **United Consumer Financial Services**<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712 | (4653052)<br>(cr) |
| **Wells Fargo Bank, N.A.**<br>4137 121st Street<br>Urbandale, IA 50323 | (4627868)<br>(cr) |
| **Wells Fargo Financial National Bank**<br>4137 121st Street<br>Urbandale, IA 50323 | (4628613)<br>(cr) |
| **Wf Fin Bank**<br>Wells Fargo Financial<br>4137 121st St<br>Urbendale, IA 50323 | |

                                                  /s/ Kimberly L. Staples
                                                  KIMBERLY L. STAPLES