UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE: )
)
)
JOHN WILLIAM CONQUEST ) CASE NO: 11-32032
)
DEBTOR(s) ) Chapter 13

## **ORDER**

Upon motion of the debtors, JOHN WILLIAM CONQUEST, by counsel, and the Court being sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that the ORDER OF CONFIRMATION is hereby amended as follows:

1. To reduce the plan percentage to 3%;
2. For the plan payments to remain the same at $450.00 per month;

Tendered by:

/s/ Kimberly L. Staples
KIMBERLY L. STAPLES
MUSSELWHITE, MEINHART & STAPLES
385 WEST LINCOLN TRAIL BLVD
RADCLIFF, KY 40160
270-351-6032